**Order entered October 13, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00459-CV

## IN THE INTEREST OF C.E.W., A CHILD

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-56270-2011**

## ORDER

In light of appellee's October 13, 2014 letter stating he is withdrawing his October 9, 2014 unopposed motion for extension of time to file brief because he was able to timely file the brief, we **DENY** as moot appellee's extension motion.


/s/  ADA BROWN
    JUSTICE